|   |   |   |
|---|---|---|
| | **UNITED STATES DISTRICT COURT** | |
| | **DISTRICT OF NEVADA** | |

| | | |
|---|---|---|
| NEW PENN FINANCIAL, LLC, et al., | ) | Case No. 2:17-cv-02167-APG-CWH |
| Plaintiffs, | ) | |
| v. | ) | |
| RIVERWALK RANCH MASTER HOMEOWNERS ASSOCIATION, et al., | ) | **ORDER** |
| Defendants. | ) | |

Presently before the Court is proposed substitute party Ricardo Fojas's motion to substitute party (ECF No. 13) and motion to extend deadline (ECF No. 14), both filed on November 15, 2017. No response has been filed.

Mr. Fojas moves the Court to substitute himself in place of Defendant Hornbook Family Trust. Mr. Fojas represents that on November 9, 2017, the Hornbook Family trust assigned its interest in the property which is the subject of this case to him, and asks that he now be allowed to substitute as a defendant. Mr. Fojas also moves the Court for an extension of time to file an answer to the complaint.

Under Local Rule 7-2(d), the "failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion." No opposition has been filed for either of Mr. Fojas's motions.

//
//
//
//
//
//
//

1

IT IS THEREFORE ORDERED that Ricardo Fojas's motion to substitute (ECF No. 13) is GRANTED. The Clerk shall substitute Mr. Fojas for the Hornbook Family Trust as a defendant in this case.

IT IS FURTHER ORDERED that Ricardo Fojas's motion to extend deadline (ECF No. 14) is GRANTED. Mr. Fojas shall have until December 29, 2017 to file a responsive pleading in this matter.

DATED: December 1, 2017

_____
C.W. Hoffman, Jr.
United States Magistrate Judge