ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
TENESA S. POWELL, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: tenesa.powell@akerman.com

*Attorneys for Plaintiff New Penn Financial,
LLC dba Shellpoint Mortgage Servicing and
Federal Home Loan Mortgage Corporation*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NEW PENN FINANCIAL, LLC DBA SHELLPOINT MORTGAGE SERVICING; FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>RIVERWALK RANCH MASTER HOMEOWNERS ASSOCIATION; RICHARD FOJAS,<br><br>Defendants. | Case No.: 2:17-cv-02167-APG-CWH<br><br>**STIPULATION AND ORDER TO STAY DISCOVERY** |
| RICARDO FOJAS,<br><br>Counterclaimant,<br><br>vs.<br><br>NEW PENN FINANCIAL, LLC DBA SHELLPOINT MORTGAGE SERVICING; FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>Counterdefendants. | |

1

44423392;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

| | |
|---|---|
| 1 | RICARDO FOJAS, |
| 2 | Crossclaimant, |
| 3 | vs. |
| 4 | RIVERWALK MASTER HOMEOWNERS ASSOCIATION, |
| 5 | Crossdefendant. |

## STIPULATION AND ORDER TO STAY DISCOVERY

Plaintiff New Penn Financial, LLC dba Shellpoint Mortgage Servicing and Federal Home Loan Mortgage Corporation (**Shellpoint**) Riverwalk Homeowners Association (**HOA**) and Ricardo Fojas (collectively **Defendants**), hereby stipulate and agree to stay all discovery pending the Court's ruling on Shellpoint's motion for summary judgement, [ECF No. 21]. Federal district courts have "wide discretion in controlling discovery." *Little v. City of Seattle,* 863 F.2d 681,685 (9th Cir.1988).

The pending motion raises purely legal issues that can be resolved without discovery. The resolution of the motion will control the issues and extent of discovery on all issues. If it is granted, it may result in possible settlement of the entire case.

As such, it is within the court's power to grant a stay of discovery at this time. This is the parties' first request for a stay of discovery, and is not intended to cause any delay or prejudice to any party. A trial date has not yet been set in this case.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

2

44423392;1

1    Granting the stay of discovery while the motion for summary judgment based on the Federal Foreclosure Bar is pending will facilitate the orderly course of justice and enhance judicial economy. The outcome of Plaintiffs' motion for summary judgment will result in the resolution of the entire case. Without a stay of discovery, the parties will have to expend resources on discovery matters that the Ninth Circuit in *Berezovsky* and *Elmer* indicated was unnecessary. It is therefore appropriate for this Court to exercise its power to extend the stay of discovery at this time.

Dated: March 21, 2018

| **AKERMAN LLP** | **HALL, JAFFE & CLAYTON, LLP** |
|---|---|
| */s/ Tenesa S. Powell*<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>TENESA S. POWELL, ESQ.<br>Nevada Bar No. 12488<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for New Penn Financial, LLC dba Shellpoint Mortgage Servicing and Federal Home Loan Mortgage Corporation* | */s/ Ashlie L. Surur*<br>ASHLIE L. SURUR, ESQ.<br>Nevada Bar No. 11290<br>7425 Peak Drive<br>Las Vegas, Nevada 89128<br><br>*Attorneys for Riverwalk Ranch Master Homeowners Association* |

*/s/ Ricardo Fojas*
RICARDO FOJAS
2413 Pickwick Drive
Henderson, Nevada 89014

*Defendant Pro-Se*

**IT IS SO ORDERED.**

Plaintiff's motion to stay discovery [#22] is DENIED as moot.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: March 22, 2018

3

44423392;1