# UNITED DISTRICT COURT

# DISTRICT FOR NEVADA

| | |
|---|---|
| NEW PENN FINANCIAL, LLC ) <br> dba SHELL POINT MORTGAGE ) <br> SERVICING; FEDERAL HOME ) <br> LOAN MORTGAGE CORP., ) <br>                   Plaintiffs, ) <br> vs. ) <br> ) <br> RIVERWALK RANCH MASTER ) <br> HOMEOWNERS ASSOCIATION;) <br> HORNBROOK FAMILY TRUST, ) <br> substituted by RICARDO FOJAS, ) <br>                Defendants ) | Case No. 2:17-cv-2167-APG-DJA <br><br> MOTION FOR <br> EXTENSION OF TIME TO FILE <br> OPPOSITION TO MOTION FOR <br> ENTRY OF FINAL JUDGMENT <br> PURSUANT TO RULE 54(b) <br><br> ORDER |

COMES now defendant (pro se) Ricardo Fojas, in substitution of Hornbrook Family Trust, and hereby moves this Honorable Court for an extension of twenty (20) days from December 16, 2019 or up to January 5, 2020 within which to file a Motion for Extension of Time to File Opposition to plaintiff's Motion for Entry of Final Judgment pursuant to Rule 54(b). This a first request for extension.

Currently, this Opposition is due on December 16, 2019. This request is because appellant was constrained to be out of the country due to the passing away of a close relative whose family gave him support and assistance while he was studying in college and also due to urgent family matters, for which appellant will not be back in Las Vegas until December 17, 2019.

1

Defendant-movant has sent a request to Counsel for Plaintiffs and she has not indicated any opposition as of time of this writing. The parties will not be prejudiced by the extension requested. Moreover, movant is exploring the possibility of having this case amicably settled and he needs more time for that purpose.

WHEREFORE, it is respectfully requested that the period within which to file Opposition to plaintiff's Motion for Entry of Final Judgment Pursuant to Rule 54(b) be extended up to January 5, 2020.

Dated: December \_\_\_\_, 2019.

RICARDO FOJAS
4400 S Jones Blvd., Unit 1025
Las Vegas, Nevada 89103
Tel.: (702) 413 2452
Defendant – Pro Se

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: December 16, 2019.