# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| NEW PENN FINANCIAL, LLC, ET AL., | Case No. 2:17-cv-02167-APG-DJA |
| Plaintiffs, | **ORDER** |
| v. | |
| RIVERWALK RANCH MASTER HOMEOWNERS ASSOCIATION, ET AL., | |
| Defendants. | |

Presently before the Court is Defendant Ricardo Fojas' Motion to Extend (ECF No. 58), filed on December 5, 2019. Fojas requests an extension of time of 30 days, up to and including January 12, 2020 to file the Joint Pretrial Order. He indicates that his request is not opposed and he needs additional time due to a recent death of a relative and other family matters. No response from Plaintiffs was received despite the Court's Order (ECF No. 61) requesting a notice of non-opposition or response by December 17, 2019.

Plaintiffs failed to file points and authorities in response to either motion, which "constitutes a consent to the granting of the motion." LR 7-2(d). Moreover, the Court finds good cause to grant the extension of the joint pretrial order for 30 days to permit the parties to continue to meet and confer and provide the Court with the filing.

IT IS THEREFORE ORDERED that Defendant Ricardo Fojas' Motion to Extend (ECF No. 58) is **granted**.

IT IS FURTHER ORDERED that the parties' joint pretrial order shall be due by January 12, 2020.

DATED: December 19, 2019

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE