ASHLIE L. SURUR, ESQ.
Nevada Bar No. 11290
SURUR LAW GROUP, LLC
561 Ivy Spring Street
Las Vegas, Nevada 89138
Telephone: 702-909-0838
Email: ashlie@sururlaw.com

*Attorneys for Riverwalk Ranch Master Homeowners Association*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

NEW PENN FINANCIAL, LLC DBA SHELLPOINT MORTGAGE SERVICING; FEDERAL HOME LOAN MORTGAGE CORPORATION,

Plaintiff,

vs.

RIVERWALK RANCH MASTER HOMEOWNERS ASSOCIATION; HORNBROOK FAMILY TRUST,

Defendants.

Case No.: 2:17-CV-02167-APG-VCF

**STATUS REPORT**

Riverwalk Ranch Master Homeowners Association ("HOA") submits this status report pursuant to the Court's order at the February 18, 2021 conference. ECF No. 96. HOA and self-represented defendant Ricardo Fojas ("Fojas") reached a settlement of their respective remaining claims prepared and circulated a proposed settlement agreement; however, despite best efforts, Fojas was unable to provide HOA with revisions to the proposed settlement agreement in time for the parties to finalize a written agreement, distribute settlement funds, and submit a dismissal to this Court before April 16, 2021. HOA's counsel and Fojas spoke on April 16 and Fojas intends to finalize revisions to the proposed agreement so the

parties can finalize settlement and dismissal. Fojas is self-represented and personal and work obligations delayed his ability to complete revisions he feels are necessary to complete settlement. HOA agrees that, despite these delays, Fojas should be afforded the opportunity to revise the agreement and that it is in the parties' best interests to make one final attempt to reach an agreed upon written agreement before pursuing other available options. HOA and Fojas, therefore, respectfully ask the Court to grant them thirty (30) additional days or until May 17, 2021 (May 16 is a Sunday), to file a stipulation to dismiss their remaining claims. HOA's counsel discussed this status report with Fojas, and Fojas agreed that HOA would submit this status report.

Dated: April 16, 2021.

SURUR LAW GROUP

By: */s/Ashlie L. Surur*
Ashlie L. Surur, Esq.
Nevada Bar No.11290
561 Ivy Spring Street
Las Vegas, Nevada 89138
*Attorneys for Riverwalk Ranch Master Homeowners Association*

IT IS SO ORDERED:

Dated: April 19, 2021

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I certify that on April 16, 2021, I served a true and correct copy of the foregoing **Status Report** on the following parties by electronic transmission through the Court's electronic filing system:

Ariel E. Stern, Esq.
Natalie L. Winslow, Esq.
Rex D. Garner, Esq.
AKERMAN, LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
(Via Electronic Filing System)

Richard Fojas
4400 S. Jones Blvd., Unit 1025
Las Vegas, Nevada 89103
(Via US Mail)

_________*/s/Ashlie Surur*___________
An Employee of Surur Law Group, LLC