# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NEW PENN FINANCIAL, LLC, et al., | Case No.: 2:17-cv-02167-APG-VCF |
| Plaintiffs | **Order** |
| v. | |
| RIVERWALK RANCH MASTER HOMEOWNERS ASSOCIATION, et al., | |
| Defendants | |

On October 19, 2020, cross-claimant Ricardo Fojas and cross-defendant Riverwalk Ranch Master Homeowners Association reached a settlement of the remaining claims in this case. ECF No. 88. I ordered the parties to document their settlement and file dismissal papers by April 16, 2021. Since then, the parties have requested several continuances of the dismissal deadline. The next status report was due July 1, 2021, but nothing was filed. *See* ECF No. 101.

This matter should have been closed long ago. The parties negotiated a settlement nine months ago. If they do not sign final settlement documents by July 30. 2021, I will enter an order enforcing (by way of a judgment) the terms the parties agreed to. No further continuances will be granted absent extraordinary circumstances.

I THEREFORE ORDER the parties to submit a stipulation to dismiss all remaining claims in this case by July 30, 2021. If not, then by August 5, 2021, Riverwalk shall file a brief explaining the terms of the settlement and a proposed form of order granting judgment. Mr. Fojas will have until August 12, 2021 to file a response. No further briefing will be entertained.

DATED this 13th day of July, 2021.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE