# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NEW PENN FINANCIAL, LLC, et al., | Case No.: 2:17-cv-02167-APG-VCF |
| Plaintiffs | **Order** |
| v. | |
| RIVERWALK RANCH MASTER HOMEOWNERS ASSOCIATION, et al., | |
| Defendants | |

Cross-claimant Ricardo Fojas accepted an offer of judgment from cross-defendant Riverwalk Ranch Master Homeowners Association. ECF No. 104.  On October 19, 2020, Riverwalk filed a notice of settlement, confirming the parties had settled all remaining claims. ECF No. 88.  I ordered the parties to document their settlement and file dismissal papers by April 16, 2021.  Since then, the parties have been ordered, several times, to submit either a stipulation dismissing the remaining claims or briefs explaining the status of their efforts to finalize their settlement agreement.  They still cannot agree on language for a settlement agreement. ECF Nos. 103, 104.

I THEREFORE ORDER that the terms of Riverwalk's offer of judgment control. Riverwalk shall pay Fojas $5,000.00 **by September 20, 2021**.  The source of those funds (whether from Riverwalk or its insurer) is irrelevant.  Within three days of payment, Riverwalk shall file a notice of payment and a proposed final order dismissing Fojas's all remaining claims.

DATED this 16th day of August, 2021.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE