# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| NEW PENN FINANCIAL, LLC, et al.,<br><br>                    Plaintiff,<br><br>vs.<br><br>RIVERWALK RANCH MASTER HOMEOWNERS ASSOCIATION, et al.<br><br>                    Defendants. | Case No.: 2:17-CV-02167-APG-VCF<br><br>**FINAL ORDER OF DISMISSAL** |

Honorable Andrew Gordon District Court Judge

The Court orders as follows:

IS HEREBY ORDERED THAT:

1. Ricardo Fojas filed a crossclaim against Riverwalk Ranch Master Homeowners Association [ECF No. 18].

2. As set forth in this Court's order from August 16, 2021, cross-claimant Fojas accepted an offer of judgment from cross-defendant Riverwalk. ECF No. 105.

3. Fojas has received payment from Riverwalk.

4. Cross-claimant Fojas' claims against cross-defendant Riverwalk are dismissed with prejudice with each party bearing their respective attorney's fees and costs.

5. This Order disposes of all remaining claims in this case.

6. This case is dismissed is pursuant to the terms of this Order and prior Orders of this Court and the Clerk shall enter a final judgment of dismissal

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE
Case No. 2:17-CV-02167-APG-VCF

DATED: September 29, 2021